Exhibit 2

| Claims | Evidence: Beyerdynamic - MIY app |
|---|---|
| 1. A method for adjusting audio parameters for a user, the method comprising: | The defendant's product Beyerdynamic - MIY app practices a method for adjusting audio parameters for a user (e.g. Beyerdynamic - MIY app customizes the sound of user's headphone to their individual hearing with MOSAYC sound personalization by Mimi Defined).<br><br>The new beyerdynamic headphones Blue BYRD ANC and LAGOON ANC revolutionize the wireless music experience through the unique combination of the latest active noise cancelling and with sound personalized by Mimi Defined™.<br><br>Source: https://www.mimi.io/mimi-x-beyerdynamic<br><br>**PERFECTLY ADAPTED – PERFECTLY PERSONALIZED**<br><br>Customize the sound of your headphones to your own individual hearing with MOSAYC sound personalization by Mimi Defined™. The result: the ultimate sound experience.<br><br>Source: https://north-america.beyerdynamic.com/mosayc |

Exhibit 2

**BEYERDYNAMIC**
**AND MIMI.**
**THE PERFECT MATCH.**

At the very heart of the MIY app is the MOSAYC sound personalization by Mimi Defined™. Mimi Hearing Technologies is the world's leading company for sound personalization and stands for an optimized hearing and music experience.

Source: https://north-america.beyerdynamic.com/mosayc

**MAKE IT YOURS**

The innovative MIY app combined with beyerdynamic's Bluetooth® headphones takes personalization to the next level. Use the following functions and adapt your headphones to perfectly suit your needs:

Apply your personal sound profile with the MOSAYC sound personalization by Mimi Defined™

Source: https://north-america.beyerdynamic.com/mosayc

Exhibit 2

| | |
|---|---|
| | Mimi Defined™ powers sound personalization in beyerdynamic's MOSAYC products by testing users' hearing and adapting sound output to their unique profile. Users can test their hearing, control sound personalization, and shape their experience using the MIY (Make It Yours) smartphone app. With beyerdynamic's high-quality design and the combination of ANC and MOSAYC, the growing product-line of headphones creates a completely new, individually-adapted sound experience with unprecedented detail.<br><br>Source: https://www.mimi.io/mimi-x-beyerdynamic<br><br>**Dynamic sound personalization**<br><br>Hearing is a highly individual experience that changes over the course of a lifetime. Like in a mosaic picture, individual pieces get lost, changing the acoustic picture, rendering it incomplete or fading. Subtle details get blurred out, single frequencies or tones vanish. The innovative MOSAYC sound personalization by beyerdynamic restores the picture, using Mimi Defined™. An individualized hearing profile is calculated after a hearing test in the MIY app for Android and iOS devices.<br><br>Source: https://www.mimi.io/mimi-x-beyerdynamic<br><br>PERSONALIZATION ON A NEW LEVEL<br>Turn your beyerdynamic Bluetooth® headphones into your very own headphones and add a personal touch to them via the MIY app. With three functions, you can adapt your Bluetooth® headphones perfectly to yourself and your individual hearing. This way, you can experience a splendid sound picture – in all its glorious detail.<br><br>Source: https://apps.apple.com/us/app/miy/id1288555674 |

Exhibit 2

<table>
<tr>
<td>performing, by a processor, a hearing test of the user, wherein the hearing test comprises playing an audio and capturing an auditory response of the user towards the audio;</td>
<td>The defendant's product performing, by a processor, a hearing test of the user, wherein the hearing test comprises playing an audio and capturing an auditory response of the user towards the audio (e.g. The MIY app for Android and iOS devices is used to perform a 6-minute long hearing test to generate an individual hearing profile).<br><br>
MAKE IT YOURS EXPERIENCE PERSONALIZATION<br>
Download the MIY app for Android or iOS now. Complete the six minute hearing test and create your own personal sound profile by Mimi Defined™. In addition to sound personalization the MIY app also includes some features to customize your headphones.<br><br>
Source: https://north-america.beyerdynamic.com/mosayc<br><br>

<br><br>
Source: https://north-america.beyerdynamic.com/mosayc</td>
</tr>
</table>

Exhibit 2

| | |
|---|---|
| | <br><br>Source: https://north-america.beyerdynamic.com/mosayc |

Exhibit 2

| | |
|---|---|
| | Mimi Defined™ powers sound personalization in beyerdynamic's MOSAYC products by testing users' hearing and adapting sound output to their unique profile. Users can test their hearing, control sound personalization, and shape their experience using the MIY (Make It Yours) smartphone app. With beyerdynamic's high-quality design and the combination of ANC and MOSAYC, the growing product-line of headphones creates a completely new, individually-adapted sound experience with unprecedented detail.<br><br>Source: https://www.mimi.io/mimi-x-beyerdynamic<br><br>**Dynamic sound personalization**<br><br>Hearing is a highly individual experience that changes over the course of a lifetime. Like in a mosaic picture, individual pieces get lost, changing the acoustic picture, rendering it incomplete or fading. Subtle details get blurred out, single frequencies or tones vanish. The innovative MOSAYC sound personalization by beyerdynamic restores the picture, using Mimi Defined™. An individualized hearing profile is calculated after a hearing test in the MIY app for Android and iOS devices.<br><br>Source: https://www.mimi.io/mimi-x-beyerdynamic |

Exhibit 2

| | |
|---|---|
| generating, by the processor, a hearing profile of the user, based on one or more results of the hearing test; and | The defendant's Product generating, by the processor, a hearing profile of the user, based on one or more results of the hearing test (e.g. The MIY app for Android and iOS devices is used to generate an individual hearing profile based on a 6-minute long hearing test).<br><br>**MAKE IT YOURS EXPERIENCE PERSONALIZATION**<br>Download the MIY app for Android or iOS now. Complete the six minute hearing test and create your own personal sound profile by Mimi Defined™. In addition to sound personalization the MIY app also includes some features to customize your headphones.<br><br>Source: https://north-america.beyerdynamic.com/mosayc<br><br><br><br><br>Source: https://north-america.beyerdynamic.com/mosayc |

Exhibit 2

| | |
|---|---|
| |  <br>Source: https://north-america.beyerdynamic.com/mosayc |

Exhibit 2

| | |
|---|---|
| | Mimi Defined™ powers sound personalization in beyerdynamic's MOSAYC products by testing users' hearing and adapting sound output to their unique profile. Users can test their hearing, control sound personalization, and shape their experience using the MIY (Make It Yours) smartphone app. With beyerdynamic's high-quality design and the combination of ANC and MOSAYC, the growing product-line of headphones creates a completely new, individually-adapted sound experience with unprecedented detail.<br><br>Source: https://www.mimi.io/mimi-x-beyerdynamic<br><br>**Dynamic sound personalization**<br><br>Hearing is a highly individual experience that changes over the course of a lifetime. Like in a mosaic picture, individual pieces get lost, changing the acoustic picture, rendering it incomplete or fading. Subtle details get blurred out, single frequencies or tones vanish. The innovative MOSAYC sound personalization by beyerdynamic restores the picture, using Mimi Defined™. An individualized hearing profile is calculated after a hearing test in the MIY app for Android and iOS devices.<br><br>With the resulting personalized hearing profile, the sound of the Blue BYRD gets adjusted to the individual hearing capability of its wearer. It replenishes the missing pieces of the mosaic so to speak, to attain a complete and brilliant sound picture that shines in all its vivid colours and vibrant details. The individualized listening profile is also stored inside the Blue BYRD,<br><br>Source: https://www.mimi.io/mimi-x-beyerdynamic |

| | |
|---|---|
| adjusting, by the processor, a playing speed of the audio based on the hearing profile, thereby adjusting the audio parameters for the user. | The defendant's Product adjusting, by the processor, a playing speed of the audio based on the hearing profile, thereby adjusting the audio parameters for the user (e.g. The MIY app for Android and iOS devices adjusts the hearing capability of headphone wearer based on their unique sound profile).<br><br>Mimi Defined™ powers sound personalization in beyerdynamic's MOSAYC products by testing users' hearing and adapting sound output to their unique profile. Users can test their hearing, control sound personalization, and shape their experience using the MIY (Make It Yours) smartphone app. With beyerdynamic's high-quality design and the combination of ANC and MOSAYC, the growing product-line of headphones creates a completely new, individually-adapted sound experience with unprecedented detail.<br><br>Source: https://www.mimi.io/mimi-x-beyerdynamic<br><br>**Dynamic sound personalization**<br><br>Hearing is a highly individual experience that changes over the course of a lifetime. Like in a mosaic picture, individual pieces get lost, changing the acoustic picture, rendering it incomplete or fading. Subtle details get blurred out, single frequencies or tones vanish. The innovative MOSAYC sound personalization by beyerdynamic restores the picture, using Mimi Defined™. An individualized hearing profile is calculated after a hearing test in the MIY app for Android and iOS devices.<br><br>With the resulting personalized hearing profile, the sound of the Blue BYRD gets adjusted to the individual hearing capability of its wearer. It replenishes the missing pieces of the mosaic so to speak, to attain a complete and brilliant sound picture that shines in all its vivid colours and vibrant details. The individualized listening profile is also stored inside the Blue BYRD,<br><br>Source: https://www.mimi.io/mimi-x-beyerdynamic |

Exhibit 2




## PROFILE

Thanks to the integrated sound personalization by Mimi Defined™ you can adapt the sound of your headphones to your individual hearing with a simple hearing test. Participate in a 6-minute hearing test using the app and save your sound profile directly onto the headphones. Enjoy your music with amazing sound perfectly adjusted to you – regardless of the Bluetooth® device.

Source: https://north-america.beyerdynamic.com/mosayc

## PERFECTLY ADAPTED – PERFECTLY PERSONALIZED

Customize the sound of your headphones to your own individual hearing with MOSAYC sound personalization by Mimi Defined™. The result: the ultimate sound experience.

Source: https://north-america.beyerdynamic.com/mosayc

Exhibit 2




Source: https://north-america.beyerdynamic.com/mosayc




Source: https://north-america.beyerdynamic.com/mosayc