IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Audiometric Analytics Technologies LLC,**  Plaintiff,  v.  **Beyer Dynamic, Inc.,**  Defendant. | Case No. 2:20-cv-01351-JMA-AYS  Patent Case  Jury Trial Demanded |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Audiometric Analytics Technologies LCC, hereby dismisses this action **without prejudice**. Defendant has not yet answered the Complaint or moved for summary judgment.

Dated: July 14, 2020

Respectfully submitted,

*/s/ Isaac Rabicoff*
Isaac Rabicoff
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Audiometric Analytics Technologies LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on July 14, 2020, via the Court's CM/ECF system.

*/s/ Isaac Rabicoff*
Isaac Rabicoff