# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Audiometric Analytics Technologies LLC,** | Case No. 2:20-cv-01351-JMA-AYS |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Beyer Dynamic, Inc.,** | |
| Defendant. | |

## [PROPOSED] ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

This matter is before the Court on Plaintiff Audiometric Analytics Technologies LLC's, Notice of Voluntary Dismissal **without prejudice**. Defendant has not yet answered the Complaint or moved for Summary Judgment. Being so advised, the Court hereby finds that the request should be GRANTED. It is, therefore,

ORDERED that this matter be dismissed **without prejudice.**

SO ORDERED _____

_____
UNITED STATES DISTRICT COURT
Judge Joan M. Azrack